# N THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MICHAEL W. BARRETT, an Individual, )<br>            Plaintiff,       )<br>                                )<br>vs.                              )    Case No. 18-cv-00348-JED-FHM<br>                                )<br>(1) TULSA WELDING SCHOOL, INC., )<br>    a Domestic For Profit Business Corporation )<br>                                )<br>            Defendant.        ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), all parties to this action stipulate that this action, including counterclaims, is to be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ Terry A. Hall
Terry A. Hall, OBA # 10668
LAW OFFICE OF TERRY A. HALL
PO Box 616
Choctaw, OK 73020
(405) 708-7525 phone
(405) 415-9095 fax
thall@okhnhlaw.com
ATTORNEY FOR PLAINTIFF


/s/ Rebecca Woodward
(signed by permission)
Rebecca Woodward, OBA #8070
HOLDEN & MONTEJANO
First Place Tower, Suite 3900
15 East Fifth Street
Tulsa, OK 74103
918-295-8888  *Phone*
918-295-8889  *Fax*
RebeccaWoodward@HoldenLitigation.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on the 17th day of October, 2018 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Rebecca Woodward.

/s/ Terry A. Hall